No. 88–5136.  GROSSMAN *v.* FLORIDA.  Sup. Ct. Fla.;
No. 88–5169.  SPISAK *v.* OHIO.  Sup. Ct. Ohio;
No. 88–5216.  HARICH *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.;
No. 88–5582.  FORD *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.;
No. 88–5750.  CLARK *v.* OHIO.  Sup. Ct. Ohio;
No. 88–5799.  BEUKE *v.* OHIO.  Sup. Ct. Ohio;

No. 88–6005.   STEWART v. ILLINOIS.   Sup. Ct. Ill.;
No. 88–6121.   PRESTON v. FLORIDA.   Sup. Ct. Fla.;
No. 88–6187.   McLAIN v. CALIFORNIA.   Sup. Ct. Cal.;
No. 88–6224.   HENDERSON v. OHIO.   Sup. Ct. Ohio;
No. 88–6287.   IRICK v. TENNESSEE.   Sup. Ct. Tenn.;
No. 88–6317.   MAURER v. OHIO.   Ct. App. Ohio, Stark County; and
No. 88–6353.   BEDFORD v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.   Reported below: No. 88–5136, 525 So. 2d 833; No. 88–5169, 36 Ohio St. 3d 80, 521 N. E. 2d 800; No. 88–5216, 844 F. 2d 1464; No. 88–5582, 522 So. 2d 345; No. 88–5750, 38 Ohio St. 3d 252, 527 N. E. 2d 844; No. 88–5799, 38 Ohio St. 3d 29, 526 N. E. 2d 274; No. 88–6005, 123 Ill. 2d 368, 528 N. E. 2d 631; No. 88–6121, 528 So. 2d 896; No. 88–6187, 46 Cal. 3d 97, 757 P. 2d 569; No. 88–6224, 39 Ohio St. 3d 24, 528 N. E. 2d 1237; No. 88–6287, 762 S. W. 2d 121; No. 88–6353, 39 Ohio St. 3d 122, 529 N. E. 2d 913.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.